# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ingenuity13, LLC.

                  Plaintiff,

v.                                         Case No.: 1:12−cv−07944
                                            Honorable Thomas M. Durkin

John Doe

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 16, 2013:

      MINUTE entry before Honorable Robert M. Dow, Jr: The above−entitled cause of action having been reassigned to the calendar of Judge Durkin, the initial status hearing date of 1/25/2013 before Judge Dow is vacated. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.